# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Verily Life Science LLC,
Plaintiff

v.

ChromaCode Inc. and California Institute of Technology,
Defendant

3:25-mc-00089-N-BK
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

California Institute of Technology

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
ChromaCode, Inc., California Institute of Technology, MicroArray Innovations LLC, MicroArray Technologies LLC, Digital CTP, LLC, Risk Settlements Co-investment Fund I, L.P. (Series F) d/b/a Certum Group, West U Capital LLC

| | |
|---|---|
| Date: | January 2, 2026 |
| Signature: | */s/Jennifer Klein Ayers* |
| Print Name: | Jennifer Klein Ayers |
| Bar Number: | 24069322 |
| Address: | 2200 Ross Avenue, 20th Floor |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (469) 391-7400 |
| Fax: | (469) 391-7401 |
| E-Mail: | jayers@sheppardmullin.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.